IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

MATTHEW FAWCETT,

    Plaintiff,

vs.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

Case No. 1:22-cv-01327

**ORDER DIRECTING THE CLERK TO ENTER A JUDGMENT OF DISMISSAL**

---

**CLARKE,** United States Magistrate

THIS MATTER comes before the Court on the Parties' Stipulated Motion for Judgment of Dismissal, ECF No. 28 The Court, being advised that the matter has been fully settled and compromised and that the parties are requesting dismissal, orders that the Clerk of this Court enter judgment dismissing the case with prejudice and without costs, disbursements, interest or attorney fees being allowed to any party.

IT IS SO ORDERED.

DATED this 14 day of March, 2024.

                                          MARK D. CLARKE
                                        United States Magistrate Judge